UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| SHAWN MALONE KHALIFA, | ) | No. ED CV 10-1446-GAF (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| BRENDA M. CASH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: May 24, 2012

_____
HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE